**6/24/2015**                                  **COA No. 02-13-00221-CR**
**BLEA, JUAN**       **Tr. Ct. No. F-2011-0993-D**         **PD-0245-15**
On this day, the State's petition for discretionary review has been granted. The original and ten copies of the state's brief must be filed with this Court within 30 days. The Appellant's brief is due 30 days after the timely filing of the State's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

DISTRICT CLERK  DENTON COUNTY
SHERI ADELSTEIN
P.O. BOX 2146
DENTON, TX  76202
* DELIVERED VIA E-MAIL *

**6/24/2015**                                                                                   **COA No. 02-13-00221-CR**
**BLEA, JUAN**              **Tr. Ct. No. F-2011-0993-D**                          **PD-0245-15**
On this day, the State's petition for discretionary review has been granted. The
original and ten copies of the state's brief must be filed with this Court within 30
days. The Appellant's brief is due 30 days after the timely filing of the State's brief.
ORAL ARGUMENT WILL NOT BE PERMITTED

                                                                                    Abel Acosta, Clerk

                          2ND COURT OF APPEALS  CLERK
                          DEBRA SPISAK
                          401 W. BELKNAP, STE 9000
                          FORT WORTH, TX  76196
                          * DELIVERED VIA E-MAIL *

**6/24/2015**                                                                      **COA No. 02-13-00221-CR**
**BLEA, JUAN          Tr. Ct. No. F-2011-0993-D                    PD-0245-15**
On this day, the State's petition for discretionary review has been granted. The original and ten copies of the state's brief must be filed with this Court within 30 days. The Appellant's brief is due 30 days after the timely filing of the State's brief.
ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

PRESIDING JUDGE, 362ND DISTRICT COURT
1450 E. MCKINNEY ST. STE 3431
DENTON, TX  76209

**6/24/2015**                                                          **COA No. 02-13-00221-CR**
**BLEA, JUAN**          **Tr. Ct. No. F-2011-0993-D**          **PD-0245-15**
On this day, the State's petition for discretionary review has been granted. The original and ten copies of the state's brief must be filed with this Court within 30 days. The Appellant's brief is due 30 days after the timely filing of the State's brief.
ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**6/24/2015** **COA No. 02-13-00221-CR**
**BLEA, JUAN** **Tr. Ct. No. F-2011-0993-D** **PD-0245-15**
On this day, the State's petition for discretionary review has been granted. The original and ten copies of the state's brief must be filed with this Court within 30 days. The Appellant's brief is due 30 days after the timely filing of the State's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

JOSEPH C. BOSWELL
BOSWELL & MOORE, P.C.
1504 E MCKINNEY ST STE 200
DENTON, TX 76209-4507
* DELIVERED VIA E-MAIL *

**6/24/2015**                                                    **COA No. 02-13-00221-CR**
**BLEA, JUAN          Tr. Ct. No. F-2011-0993-D           PD-0245-15**
On this day, the State's petition for discretionary review has been granted. The original and ten copies of the state's brief must be filed with this Court within 30 days. The Appellant's brief is due 30 days after the timely filing of the State's brief. ORAL ARGUMENT WILL NOT BE PERMITTED

Abel Acosta, Clerk

ANDREA R. SIMMONS
ASSISTANT DISTRICT ATTORNEY
1450 EAST MCKINNEY
DENTON, TX 76209
* DELIVERED VIA E-MAIL *